# United States Court of Appeals
## For the First Circuit

No. 06-1923

UNITED STATES OF AMERICA,

Appellee,

v.

JOSÉ A. GARCÍA-ORTIZ,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on June 10, 2008, is amended as follows:

On page 5, line 12: replace "February 28, 2000" with "February 28, 2001."

On page 10, line 1: capitalize "count three" to read "Count Three."

On page 14, line 4: replace "Id. at 69" with "Id. at 691."